UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS, et al., | |
| Plaintiff, | NO. 2:11cv3471 KJM AC |
| v. | STATUS (PRETRIAL SCHEDULING) ORDER |
| CALIFORNIA DEPARTMENT OF EDUCATION, et al., | |
| Defendant. | |

An initial scheduling conference was held in this case on May 16, 2013; Rony Sagy, Barbara Gately and Stephen Rosenbaum appeared for plaintiffs; Ismael Castro and Grant Lien appeared for defendant, who is also represented by Paul Lacy and Kate LeGrand. Having reviewed the parties' Joint Status Report filed on May 9, 2013, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I.   SERVICE OF PROCESS

All named defendants have been served. Unless the U.S. Department of Education and local education agencies are joined to the suit as discussed below, no further service is permitted without leave of court, good cause having been shown.

II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

Defendants shall have until August 22, 2013, to seek joinder of the U.S. Department of Education and local education agencies. No other joinder of parties or

amendments to pleadings is permitted without leave of court, good cause having been shown. *See* FED. R. CIV. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III.   JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. §§ 1331, 1343 and 1367, and 20 U.S.C. §§ 1412(A)(6) and 1415(i)(3)(A). Defendant disputes the court's jurisdiction as to matters arising under 20 U.S.C. §§ 1416 and 1418 and their implementing regulations.

IV.   MEET AND CONFER

The parties shall meet and confer to exhaust their efforts to reach agreement regarding the following:

a. Methods to complete initial disclosures by August 16, 2013, with initial disclosures substantially completed by this date.

b. Methods to maximize efficiencies with respect to electronic discovery once full discovery is permitted, with the understanding such discovery will be approved to proceed on August 22, 2013.

c. Any stipulations of fact that can be reached prior to the opening of discovery.

d. Whether the parties jointly wish to accept the private mediation offer that has been extended, as described by plaintiffs in the joint statement filed on May 9, 2013.

V.   FURTHER STATUS

A further status conference is set for August 22, 2013. The parties shall file a joint status report by close of business on August 16, 2013, describing the results of the meet and confer efforts directed above and providing any other update relevant to further scheduling of this case. They need not repeat information provided in the joint statement filed May 9, 2013, to the extent that information remains unchanged.

IT IS SO ORDERED.

DATED: May 23, 2013.

_____
UNITED STATES DISTRICT JUDGE