1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br><br>Defendants. | CASE NO. 2:11-CV-03471-KJM  AC<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' AND DEFENDANT'S STIPULATION AND ORDER CONTINUING THE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Courtroom: 26<br>Judge: Honorable Allison Claire Magistrate Judge<br>Hearing Date: October 22, 2014<br>Hearing Time: 10:00 a.m.<br>Action Filed: April 23, 2012 |
|---|---|

-1-

Pursuant to Rule 230(f) of the Local Rules of the District Court for the Eastern District of California, Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents Association and Defendant California Department of Education (CDE) hereby stipulate to, and seek the Court's Order granting, a continuance of Plaintiffs' Motion to Compel Further Production of Documents in Response to Plaintiffs' First and Second Set of Requests, from the presently pending hearing date of October 22, 2014, to November 19, 2014.  Plaintiffs believe that the continuance will further the goals of the efficient production of discovery and could result in the elimination of any need to petition the Court for resolution of the parties' outstanding discovery disputes.

On October 10, 2014, counsel for the respective parties engaged in a far-ranging discussion of the issues implicated by Plaintiffs' Motion to Compel. The parties are continuing to work toward resolution of the issues raised in the motion and believe most of the issues raised in the motion can be resolved informally, obviating the need for the Court's intervention on those issues.

Based on the foregoing, **THE PARTIES STIPULATE AND AGREE** that a continuance of Plaintiffs' Motion to Compel from October 22, 2014 to November 19, 2014 will advance the goals of judicial efficiency and the consensual resolution of discovery disputes.

DATED: October 14, 2014                                          SAGY LAW ASSOCIATES


                                                                 By:    /S/ Rony Sagy

                                                                 RONY SAGY


                                                                 Attorneys for Plaintiffs MORGAN HILL
                                                                 CONCERNED PARENTS
                                                                 ASSOCIATION and CONCERNED
                                                                 PARENTS ASSOCIATION

| | |
|---|---|
| Dated:    October 14, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General |
| | /S/ Brenda A. Ray |
| | BRENDA A. RAY<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*California Department of Education* |

**GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS** that the hearing on Plaintiffs' Motion to Compel Defendant to Produce Further Documents in Response to Plaintiffs' Requests to produce should be, and hereby is, continued from October 22, 2014 at 10:00 a.m. before this Court to November 19, 2014 at 10:00 a.m. before this Court.

**IT IS SO ORDERED.**

Date:  October 15, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE