1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   MORGAN HILL CONCERNED                    No. 2:11-cv-03471-KJM-AC
     PARENTS ASSOCIATION, an
12   unincorporated association, and
     CONCERNED PARENTS
13   ASSOCIATION, an unincorporated           ORDER
     association,
14
                  Plaintiffs,
15
            v.
16
     CALIFORNIA DEPARTMENT OF
17   EDUCATION and DOES 1 through 5,

18                Defendants.

19

20            On February 10, 2015, this court directed the parties to meet and confer to develop

21   a new joint report addressing, among other things, (1) whether notice or redaction of defendants'

22   records is required under the Family Educational Rights and Privacy Act (FERPA), and

23   (2) methods for streamlining the production of discovery.  (Order, ECF No. 91 at 2.)  On March

24   12, 2015, the parties filed their joint report, stating they had met as directed.  (ECF No. 93 at 2.)

25   Despite their efforts, the parties continue to be unable to reach agreement on fundamental

26   methods of sharing electronic information so as to allow discovery to proceed efficiently and

27   effectively.  (*Id.* at 4–9.)

28   /////

                                                    1

1   Based on their most recent joint report and the parties' past inability to reach

2  agreement on discovery procedures and practices, this court finds the appointment of a special

3  master appropriate for the limited purpose, at least initially, of assisting the parties in developing

4  methods of propounding and responding to requests for electronic discovery materials.

5  Accordingly, the court directs the parties to submit a joint report, at least three (3) days before the

6  April 30, 2015 status conference, identifying at least three (3) and no more than five (5)

7  candidates for the position of special master, as described herein.  Each person on the parties'

8  joint list must be someone to whom all parties will agree if that person is appointed as special

9  master.  *See* Fed. R. Civ. P. 53.

10   At the April 30th status, the court will review procedures for actual appointment of

11  a master, and for resolving the parties' dispute regarding FERPA notice.

12   IT IS SO ORDERED.

13  DATED:  March 30, 2015.

14

15  _____

16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28