UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>  Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and DOES 1 through 5,<br><br>  Defendants. | No. 2:11-cv-03471-KJM-AC<br><br><br>ORDER |

As agreed by the parties, this court held a teleconference with Mr. Winston Krone of Kivu Consulting, Inc. on May 19, 2015.  Following the discussion, Mr. Krone submitted a proposed protocol and budget to govern his responsibilities.  The court is prepared to approve Mr. Krone's proposal and appoint him as special master for the limited purpose of consulting with the parties, jointly and separately, to establish methods of facilitating and expediting electronic discovery.  Mr. Krone's proposed protocol is attached to this order.

The parties are directed to review the proposed protocol and be prepared to discuss it at the upcoming status set on June 25, 2015.  In particular, the second item under the first heading suggests the court order the parties to produce a memorandum of outstanding discovery

1  issues. To avoid this additional work, the court is considering instead directing that Mr. Krone
2  review filings already on the docket, particularly ECF Nos. 60, 64, 67–74, 81, 85, 89, 91, 93, 97.
3  The parties should be prepared to discuss at the status conference whether these filings clearly
4  describe the outstanding discovery issues so as to permit the special master to begin his duties
5  efficiently and cost effectively. The parties should refrain from contacting Mr. Krone until the
6  court issues an order confirming his appointment and the terms of appointment.
7        The Clerk of the Court is directed to serve a courtesy copy of this order with the
8  attachment on Mr. Krone at the mailing and e-mail addresses shown on the attachment.
9        IT IS SO ORDERED.
10 DATED: June 1, 2015.

                                          UNITED STATES DISTRICT JUDGE