UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and DOES 1 through 5,<br><br>Defendants. | No. 2:11-cv-03471-KJM-AC<br><br><br>ORDER |

By previous order, the court required the parties or Winston Krone, the court-appointed special master, to submit a jointly agreed proposed discovery protocol no later than September 11, 2015. ECF No. 116. The parties and Mr. Krone have requested a one-week extension of that deadline. The court finds good cause to extend the deadline for submission of that filing until September 18, 2015.

IT IS SO ORDERED.

DATED: September 14, 2015.
   (nunc pro tunc to 9/11/15)

_____
UNITED STATES DISTRICT JUDGE