UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and DOES 1 through 5,<br><br>Defendants. | No. 2:11-cv-03471-KJM-AC<br><br>ORDER |

By previous order, the court appointed Winston Krone discovery Special Master in this case. ECF No. 116. The court also concluded the California Department of Education (CDE) should bear the responsibility for special master's fees at this stage of the case. *Id.* at 4. The court clarified it would issue a separate order on the method of payment. *Id.* at 5. This is that separate order.

The Special Master forwarded the court an invoice of his fees incurred between August 4, 2015 and October 18, 2015. His fees total $23,678.88 at an hourly rate of $350. His billable expenses total $53.88. On review of the invoice, the proposed discovery protocol, and

1

1  the case's progression between August 2015 and the date of this order, the court has tentatively
2  concluded these amounts are reasonable and will be paid by the CDE.
3       The itemized invoice will be forwarded by email to both parties.  No later than
4  fourteen days after the date this order is filed, the CDE may object to any item in that invoice in
5  an in camera filing submitted to kjmorders@caed.uscourts.gov and served on plaintiffs' counsel.
6  The court may then request a response from plaintiffs' counsel if necessary.
7       IT IS SO ORDERED.
8  DATED: December 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

2