UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and DOES 1 through 5,<br><br>Defendants. | No. 2:11-cv-03471-KJM-AC<br><br><br>ORDER |

      In a previous order, the court tentatively concluded that $23,678.88 in fees and costs invoiced by discovery Special Master Winston Krone were reasonable and would be submitted for payment to the California Department of Education (CDE). ECF No. 132. The court forwarded the parties an itemized invoice of those fees and invited objections from the CDE. *See id.*

      The CDE responded as ordered in an in camera filing. It raised no objections to payment of the invoice, but addressed three general concerns to the court: (1) the Special Master's invoice nearly doubled his expected budget; (2) the invoice prepared by the Special

1

Master included some "block billed" entries, i.e., amounts billed for more than one discrete task; and (3) the CDE believes plaintiffs have contacted the Special Master regarding matters beyond his appointment. Plaintiffs provided a response, unsolicited by the court, in the form of a declaration to address some of the factual representations in CDE's response. Given CDE's agreement to pay the current invoice as presented, the court need not address these disputes at this time. The court will, by separate order, address the process for payment of the Special Master's invoices going forward.

In accordance with the above, IT IS HEREBY ORDERED that: within fourteen days of the date this order is filed the CDE shall remit $23,678.88 to Special Master Winston Krone.

DATED: January 13, 2016.

_____
UNITED STATES DISTRICT JUDGE