1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORGAN HILL CONCERNED                     No.  2:11-cv-03471-KJM-AC
     PARENTS ASSOCIATION, an
12   unincorporated association, and
     CONCERNED PARENTS
13   ASSOCIATION, an unincorporated            ORDER
     association,
14
                   Plaintiffs,
15
          v.
16
     CALIFORNIA DEPARTMENT OF
17   EDUCATION and DOES 1 through 5,
18                 Defendants.
19

20

21              In an order filed July 2, 2015, the court appointed Winston Krone as Special

22   Master in this action "for the limited purpose of facilitating the parties' development of an

23   electronic discovery protocol."  ECF No. 116 at 2.  The court concluded that the Special Master's

24   compensation for that task should be paid by the California Department of Education (CDE).   In

25   a minute order filed October 16, 2015, the court lifted a stay on discovery, authorized the parties

26   to notice and file discovery motions, and authorized the assigned Magistrate Judge to "seek all

27   appropriate assistance" from the Special Master in resolution of those motions and extended his

28   appointment accordingly.  ECF No. 124.  Finally, in an order filed November 3, 2015, the court

                                               1

1   approved the electronic discovery protocol and directed CDE to meet and confer with the Special

2   Master "to confirm whether the CDE has backups of the CASEMIS database", "on the production

3   of email files, file servers, and network shares of custodians marked 'priority' by plaintiffs on

4   September 14, 2015", and on "the use of deduplication procedures to avoid duplicate review for

5   attorney-client privilege."  ECF No. 127 at 2.  The order also provided that "[u]ntil the Special

6   Master determines the plaintiff has established a secure hosting environment and the court

7   receives and approves his certification to that effect, the CDE will not be required to produce

8   student data subject to protection under the Family Educational Rights and Privacy Act

9   (FERPA)."  ECF No. 127 at 3.

10         The Special Master forwarded to the court an invoice of his fees incurred between August

11  4, 2015 and October 18, 2015.  After receiving comments from the parties concerning the invoice,

12  by order filed January 14, 2016, the court directed CDE to pay the full amount of the invoice

13  within 14 days.  ECF No. 147.  The court has now received a second invoice from Special Master

14  Krone for services rendered between November 10, 2015 and December 22, 2015.  To date, the

15  court has not addressed the procedure for compensation of the Special Master for the tasks

16  required by the November 3, 2015 order and authorized by the October 16, 2105 minute order.

17  That is the purpose of this order.

18         The standards relevant to fixing the compensation of a Special Master are fully set forth in

19  the court's July 2, 2015 order, ECF No. 116 at 2-5, and need not be repeated here.  After

20  consideration of those standards and relevant comments of the parties submitted in response to

21  the court's December 1, 2015 order, ECF No. 132, the court has determined that the Special

22  Master's compensation should be allocated as follows:

23         For the tasks required by the court's November 3, 2015 order, plaintiffs shall bear the

24  costs of time spent by the Special Master determining whether plaintiffs have established a secure

25  hosting environment, and CDE shall bear the costs of time spent by the Special Master on the

26  other tasks required by that order.

27  /////

28  /////

2

1    The costs for time spent, if any, by the Special Master on tasks requested by the assigned

2    Magistrate Judge in accordance with the court's October 16, 2015 minute order shall be allocated

3    using the standards set forth in Federal Rule of Civil Procedure 37(a)(5)(A) and (C) for payment

4    of expenses of a discovery motion.  Specifically, any costs for time spent by the Special Master

5    on tasks that arise as the result of a court order granting a discovery motion shall be borne by the

6    party or party's attorney whose conduct required the court order or, as appropriate, apportioned

7    between the parties if the exceptions in Federal Rule of Civil Procedure 37 (a)(5)(A)(i)-(iii) or the

8    provisions of Federal Rule of Civil Procedure (37)(a)(5)(C) apply to a particular order.

9    Good cause appearing, the court will direct the Special Master to resubmit to this court his

10   January 9, 2016 invoice using the foregoing criteria to identify which party, in his estimation,

11   should bear the costs of each item contained in the invoice.  The Special Master shall serve a copy

12   of the January 9, 2016 invoice, as modified, on the parties to this action; service may be by e-

13   mail.  The parties shall have fourteen days to file objections with the Magistrate Judge to the

14   proposed allocation of costs contained in the modified invoice.  Each party shall bear its own

15   costs of such objections, if any.

16   Going forward, the Special Master shall include the same identification information in any

17   invoice submitted to the court for payment in this matter.  To the extent the Special Master seeks

18   compensation for time spent on tasks requested by the assigned Magistrate Judge, the

19   apportionment of costs contained in his invoice shall be viewed as a recommendation that may be

20   adopted or modified by the Magistrate Judge as appropriate.

21   The matter of payment of all future invoices, with the exception of the invoice for services

22   rendered between November 10, 2015 and December 22, 2015, is hereby referred to the assigned

23   Magistrate Judge.  The Special Master shall submit all future invoices to the Magistrate Judge and

24   serve a copy on all parties.  The parties shall have fourteen days to object to the proposed

25   allocation of costs contained in any invoice.  Each party shall bear its own costs of such

26   objections, if any.

27

28

IT IS HEREBY ORDERED that payment of the Special Master commencing with his invoice dated January 9, 2016 and going forward shall be made in accordance with the provisions of this order.

DATED: January 22, 2016.

_____

UNITED STATES DISTRICT JUDGE