1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MORGAN HILL CONCERNED<br>PARENTS ASSOCIATION, et al., | No.  2:11-cv-3471 KJM AC |
| 12 | |
| 13                 Plaintiffs, | <u>ORDER</u> |
| 14          v. | |
| 15  CALIFORNIA DEPARTMENT OF<br>EDUCATION, et al., | |
| 16                 Defendants. | |

17

18          The Court, having considered the respective submissions of the parties regarding the form

19   and method of FERPA notice and objection, and the allocation of associated costs, and GOOD

20   CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED as follows:

21                                  **SCHEDULE**

22          Defendant California Department of Education ("CDE") shall post the attached Notice

23   (Exhibit A) for sixty days following its initial posting, that is, from February 1, 2016 to April 1,

24   2016.

25                       **FORM OF NOTICE AND OBJECTION**

26          Defendant will post the Notice in the form set forth in Exhibit A (attached to this Order),

27   and will provide an Objection Form as set forth in Exhibit B (attached to this Order).

28   ////

1

**METHOD OF PUBLICATION**

2      Defendant will post the Notice and Objection Form on its website, and will request that

3   special education local plan areas (SELPAs) and local educational agencies (LEAs) post the

4   notice and objection form on their websites.

5

**ALLOCATION OF COSTS**

6      Defendant will be responsible for all costs associated with posting the Notice and

7   Objection Form.

8   DATED: January 25, 2016

9                                                       _____

10                                                     ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28