UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al., <br><br>Defendants. | No.  2:11-cv-3471 KJM AC <br><br><br>ORDER |

In light of the district judge's order of April 4, 2016 (ECF No. 170), the undersigned will schedule a Discovery Status Conference. The parties are cautioned that although no discovery cut-off date has yet been imposed, its absence will not excuse discovery delays, nor prevent the imposition of sanctions for such delays.

Accordingly, IT IS HEREBY ORDERED that:

1. A Discovery Status Conference is set before the undersigned, for May 11, 2016 at 1:00 p.m. in Courtroom 26 (8th Floor). Counsel for all parties shall be present at the conference in person. Telephone participation will not be permitted for this conference.

2. No party shall file a discovery motion until after the Discovery Status Conference.

3. The parties shall serve and file separate Status Reports, not to exceed 10 pages in length, no later than April 27, 2016 at 4:30 p.m., setting forth their views on the following:

      a. The status of the production of the "Email / Network Files" discussed in the E-Discovery Protocol (ECF No. 120 at 9-12);

      b. The status of the discovery regarding CALPADS under "Option 2" of the E-Discovery Protocol (ECF No. 120 at 7-8);

      c. The status of the non-database discovery, including a general description of what has been propounded and what has been produced to date;

      d. The value of conducting discovery in stages, and any proposals to accomplish this;

      e. Any discovery motions the parties currently anticipate filing, and the schedule for filing such motions; and

      f. Any other issue that relates to discovery in this case.

DATED: April 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE