RONY SAGY (Bar No. 112219)
BARBARA L. GATELY (Bar No. 76497)
SAGY LAW ASSOCIATES
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Telephone: 415-986-0900
Facsimile: 415-956-3950
Email:    rony.sagy@sagylaw.com

Attorneys for Plaintiffs
MORGAN HILL CONCERNED PARENTS ASSOCIATION and
CONCERNED PARENTS ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br><br>Defendants. | CASE NO. 2:11-cv-03471-KJM-AC<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

**WHEREAS** Defendant California Department of Education (CDE) noticed a hearing on its Motion for Judgment on the Pleadings for Friday, May 6, 2016 at 10:00 a.m. before The Honorable Kimberly J. Mueller;

**WHEREAS** lead counsel for Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents Association, Rony Sagy, underwent surgery last week—a procedure that requires follow-up visits on Fridays over the next few weeks which prevents her from attending a hearing on Friday, May 6, 2016;

**WHEREAS** lead counsel's colleague, Barbara L. Gately, will be out of town on May 6, 2016;

**WHEREAS** the parties explored other dates which were available on Judge Mueller's calendar and did not present scheduling conflicts for the parties; and

**WHEREAS** the parties have not sought any prior extensions of the hearing date on Defendant's Motion for Judgment on the pleadings;

 **NOW THEREFOR:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant that the hearing on Defendant's Motion for Judgment on the Pleadings be continued to July 29, 2016 at 10:00 a.m. before the Honorable Kimberly J. Mueller.

Dated:  April 12, 2016                    Respectfully submitted,


By: /S/ Rony Sagy_____
    RONY SAGY

*Attorneys for Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents Assn.*

Dated:  April 12, 2016                    By:

_____
JULIA JACKSON
Deputy Attorney General
California Department of Justice

*Attorneys for Defendant California Department of Education*


**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the hearing date on Defendant's Motion for Judgment on the Pleadings be, and hereby is, continued to July 29, 2016 at 10:00 a.m. before this Court.

Dated: April 13, 2016

_____
UNITED STATES DISTRICT JUDGE