UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 2:11-cv-3471 KJM AC<br><br>ORDER |

    This matter came on for a Discovery Conference on May 11, 2016 before the undersigned. Following that conference, the court orders as follows:

    1. Defendants shall file, no later than 14 days from the date of this order, a letter (not to exceed two pages in length), stating (a) the date they will complete the initial email searches using their own seven search terms, as referred to in their Discovery Status Report, ECF No. 176 at 2, (b) when the emails will be produced to plaintiffs, and (c) the reasons that production cannot be accomplished sooner;

    2. Defendants shall include in the above-referenced letter: (a) the date they will complete the initial CALPADS search which defendants stated their staff began approximately last week, (b) when that data will be produced to plaintiffs, and (c) the reasons that production cannot be accomplished sooner;

1

3. Plaintiffs may file a response, not to exceed two pages in length, no later than two days later;

4. Notwithstanding any language to the contrary in today's Minute Order, neither side is currently required to file any other briefs or other papers; and

5. The court will issue a scheduling order upon consideration of the submissions ordered herein.

DATED: May 12, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE