UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendant. | No.  2:11-cv-03471-KJM-AC<br><br>ORDER |

The California Department of Education (CDE) has moved to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 15(c). ECF No. 172. Its reply brief in support of that motion, filed on July 22, 2016, is fifteen pages long and so exceeds the page limits defined in this court's standing order:

> Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed twenty (20) pages. Replies shall not exceed ten (10) pages. Only in rare instances and for good cause shown will the court grant an application to extend these page limitations.

Standing Order at 4, ECF No. 4-1. The CDE has not requested an extension and has not demonstrated good cause for an extension. Its reply brief is therefore stricken.

1

1    The CDE may file an amended reply that complies with this court's standing order
2 within seven days.
3    IT IS SO ORDERED.
4 DATED: August 1, 2016

_____
UNITED STATES DISTRICT JUDGE