KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorneys General
JULIA R. JACKSON, State Bar No. 255506
GRANT LIEN, State Bar No. 187250
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-6749
  Fax:  (916) 324-5567
  E-mail:  Grant.Lien@doj.ca.gov
*Attorneys for Defendant*
*California Department of Education*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,**<br><br>Defendants. | 2:11-cv-03471-KJM-AC<br><br>**DEFENDANT CALIFORNIA DEPARTMENT OF EDUCATION'S OPPOSITION TO MOTION TO STRIKE**<br><br><br>Date:     August 10, 2016<br>Time:    10 A.M.<br>Courtroom: 26<br>Judge:   Magistrate Judge Allison Claire |

Plaintiffs move to strike Defendant's opposition to Plaintiffs' motion for sanctions for purportedly being untimely filed under Local Rule 230.  Plaintiffs are wrong.  Because Plaintiffs' motion for sanctions unquestionably deals with discovery matters and seeks relief under Federal Rules of Civil Procedure 37 and 26, Local Rule 251 governs.[1]  Under Local Rule 251(e),

---

[1] Plaintiffs cite no authority for the proposition that Local Rule 251 is rendered inapplicable simply by Plaintiffs' additional request for relief under Rule 16 and the court's
(continued…)

1

Def. CDE's Opp'n to Mot. to Strike (2:11-cv-03471-KJM-AC)

Defendant was required to file its opposition seven (7) days before the hearing date.  Defendant timely filed its opposition on August 2, 2016—eight (8) days before the hearing date of August 10, 2016.  Moreover, Plaintiffs have not been deprived of the ability to file a reply because under Local Rule 251(e), their reply is due two (2) days before the hearing.  For these reasons, the Magistrate should deny Plaintiffs' motion to strike.

Dated:  August 4, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

*/s/ Grant Lien*

GRANT LIEN
JULIA R. JACKSON
Deputy Attorneys General
*Attorneys for Defendants
Department of Education*

SA2013110750
12371665.doc

---

(…continued)
inherent authority.