UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 2:11-cv-3471 KJM AC<br><br><br>ORDER |

The parties, through their counsel, have recently filed discovery Status Reports. ECF Nos. 252, 253. It appears that the parties are still having problems resolving the format of electronic production, and that a further status conference could be helpful.

Accordingly, IT IS HEREBY ORDERED that this matter is SET for a further Discovery Status Conference on Friday, November 4, 2016 at 9:00 a.m., before the undersigned. The parties shall be prepared to address the issues identified in their most recent Status Reports, the status of plaintiff's secure environment certification, and any other discovery issues the parties believe the court can assist in resolving.

DATED: October 21, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE