UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | No. 2:11-cv-3471 KJM AC <br><br><br> ORDER |

The court has received a letter from Julia R. Jackson, counsel for defendants (copied to counsel for plaintiffs and the Special Master), representing that, in light of plaintiffs' pending Motion To Compel (ECF No. 265), plaintiffs have asked defendants to halt its email production due on November 4, 2016.  Plaintiffs' Motion To Compel requests production in "native format" rather than the format defendants have been using.

Accordingly, IT IS HEREBY ORDERED that the production due on November 4, 2016 is temporarily STAYED.  The parties shall be prepared to discuss the matter at the November 4, 2016 discovery conference.  See ECF No. 264.

DATED: October 31, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE