UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendant. | No. 2:11-cv-3471 KJM AC<br><br><br>ORDER |

Noticed for hearing before the undersigned on April 19, 2017, is plaintiff's motion for attorneys' fees. (ECF No. 291.) Plaintiff's motion concerns, in part, a determination of reasonable hourly rates. Reasonable hourly rates are normally calculated "according to the prevailing market rates in the relevant legal community." Blum v. Stenson, 465 U.S. 886, 895 (1984). Generally, the "'relevant legal community'" is the forum district. Gonzalez v. City of Maywood, 729 F.3d 1196, 1205 (9th Cir. 2013) (quoting Prison Legal News v. Schwarzenegger, 608 F.3d 446, 454 (9th Cir. 2010)). However, plaintiff has motions for reconsideration pending before the assigned District Judge which seek a ruling that the relevant legal community not be limited to the forum district. (ECF Nos. 236 & 288.)

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The April 19, 2017 hearing of plaintiff's motion for attorneys' fees (ECF No. 291) is vacated; and

2. Plaintiff shall re-notice the motion for hearing before the undersigned within 30 days of the resolution of plaintiff's motions for reconsideration. (ECF Nos. 236 & 288.)

DATED: April 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE