1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORGAN HILL CONCERNED            No.  2:11-cv-03471-KJM-AC
     PARENTS ASSOCIATION, an
12   unincorporated association, and
     CONCERNED PARENTS
13   ASSOCIATION, an unincorporated     **<u>AMENDED ORDER</u>**
     association,
14
                    Plaintiffs,
15
            v.
16
     CALIFORNIA DEPARTMENT OF
17   EDUCATION and DOES 1 through 5,

18                  Defendants.

19

20

21        The Special Master has submitted invoices itemizing, *inter alia*, reasonable expenses

22   incurred between January 7, 2016 and December 9, 2016.  The Special Master has informed the

23   court that neither party has objected and that plaintiffs have already paid the amount on the

24   invoice directed to them.  After review of the invoices in accordance with the district court's

25   January 25, 2016 order, ECF No. 149, and good cause appearing, the Special Master's reasonable

26   expenses in the amount of $11,200.00 for services rendered between January 7, 2016 and

27   December 9, 2016 are approved as is the recommended apportionment between the parties.

28   Plaintiffs are responsible for payment of $262.50 of that amount, and defendants are responsible

                                            1

for payment of $10,937.50.  Plaintiffs have already paid the required amount.  Good cause appearing, defendants will be ordered to remit payment forthwith in accordance with the procedure set forth in the court's April 4, 2016 order, ECF No. 170.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Defendants shall promptly forward the amount of $10,937.50 to the Clerk of the Court.

2.  Upon receipt of the funds, the Clerk of the Court shall disburse the amount of $10,937.50 to Kivu Consulting Inc. at the following address:

> Kivu Consulting, Inc.
> Attn: Winston Krone, Esq.
> 44 Montgomery Street
> Suite 700
> San Francisco, CA 94104.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the Court.

4.  The order docketed as ECF No. 297 is VACATED.

DATED: April 17, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE