UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>            Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION and DOES 1 through 5,<br><br>            Defendants. | No. 2:11-cv-03471-KJM-AC<br><br>AMENDED ORDER |

        As required by the court's January 25, 2016 order, ECF No. 149, the Special Master has resubmitted invoices itemizing in accordance with that order reasonable expenses incurred between November 10, 2015 and December 22, 2015. The Special Master has informed the court that neither party has objected and that plaintiffs have already paid the amount on the invoice directed to them. After review of the invoices, and good cause appearing, the Special Master's reasonable expenses in the amount of $3062.50 for services rendered between November 11, 2015 and December 22, 2015 are approved as is the recommended apportionment between the parties. Plaintiffs are responsible for payment of $700.00 of that amount, and

1

defendants are responsible for payment of $2362.50.  Plaintiffs have already paid the required amount.  Good cause appearing, defendants will be ordered to remit payment forthwith in accordance with the procedure set forth in the court's April 4, 2016 order, ECF No. 170.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall promptly forward the amount of $2362.50 to the Clerk of the Court.

2. Upon receipt of the funds, the Clerk of the Court shall disburse the amount of $2362.50 to the Special Master at the following address:

>   Kivu Consulting, Inc.
>   Attn:  Winston Krone, Esq.
>   44 Montgomery Street
>   Suite 700
>   San Francisco, CA 94104.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the Court.

4. The order docketed as ECF No. 301 is VACATED.

DATED:  April 19, 2017.

UNITED STATES DISTRICT JUDGE