UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>        Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br><br>        Defendants. | No.  2:11-cv-03471-KJM-AC<br><br>ORDER |

Pursuant to the order issued by District Judge Kimberly J. Mueller on July 25, 2017 (ECF No. 317), the undersigned VACATES its April 17, 2017 order requiring CDE to pay $10,937.50 in fees to the Special Master (ECF No. 299).  The parties are directed to Judge Mueller's order detailing the newly instituted process for adjudicating the issue of Special Master fees.

IT IS SO ORDERED.

DATED: July 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE