Rony Sagy (State Bar No. 112219)
Barbara L. Gately (State Bar No. 76497)
Sagy Law Associates
930 Montgomery Street Suite 600
San Francisco CA 94133
rony.sagy@sagylaw.com
Tel: 415-986-0900
Fax: 415-956-3950

Attorneys for Plaintiffs
MORGAN HILL CONCERNED PARENTS ASSOCIATION and
CONCERNED PARENTS ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br><br>Defendants. | CASE NO. 2:11-CV-03471-KJM  AC<br><br>**[PROPOSED] ORDER GRANTING/DENYING PLAINTIFFS' REQUEST TO SEAL A DOCUMENT SUBMITTED IN SUPPORT OF THEIR RE-NOTICED MOTION TO COMPEL PRODUCTION OF ALL DOCUMENTS IMPROPERLY WITHHELD AS PROTECTED BY THE DELIBERATIVE PROCESS PRIVILEGE AND FOR REASONABLE EXPENSES PURSUANT TO FRCP 37(a)(5)(A)**<br><br>Courtroom: 26<br>Judge: Magistrate Judge Allison Claire<br>Hearing Date: September 6, 2017<br>Hearing Time: 10:00 AM<br>Action Filed: April 23, 2012 |

This Court, having considered the evidence and authorities submitted by Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents Association and Defendant California Department of Education, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' request to seal the Annotated Privilege Log is: granted in its entirety and shall be filed under seal pursuant to Local Rule 141(e)(2)(1).

DATED: August 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE