Rony Sagy (State Bar No. 112219)
Barbara L. Gately (State Bar No. 76497)
Sagy Law Associates
930 Montgomery Street Suite 600
San Francisco CA 94133
rony.sagy@sagylaw.com
Tel: 415-986-0900
Fax: 415-956-3950

Attorneys for Plaintiffs
MORGAN HILL CONCERNED PARENTS ASSOCIATION and
CONCERNED PARENTS ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br><br>                    Defendants. | CASE NO.  2:11-CV-03471-KJM  AC<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [~~PROPOSED~~] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE**<br><br>Courtroom:          26<br>Judge:               Honorable Allison Claire<br>                         Magistrate Judge<br>Hearing Date:      July 18, 2018<br>Hearing Time:     10:00 a.m.<br>Action Filed:       April 23, 2012 |

        WHEREAS Defendant California Department of Education (CDE) presently has two motions pending for hearing on July 18, 2018 before Magistrate Judge Claire in Courtroom 26 at 10 a.m., namely, a motion for sanctions and a motion for a protective order;

        WHEREAS Plaintiffs Morgan Hill Concerned Parents Association and Concerned Parents Association (Plaintiffs) anticipate filing three discovery motions to be heard on the same date and time before Magistrate Judge Claire:  a motion for a protective order, and two motions to compel;

        WHEREAS Magistrate Judge Claire has, in the past, directed the parties to notice all of their discovery motions pursuant to Local Rule 230, rather than following the procedures set out in

SAGY LAW
ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC

Local Rule 251 which ostensibly governs all discovery motions, noting the parties' persistent inability to reach common ground;

WHEREAS Local Rule 230 contemplates a more traditional motion practice in which: the moving party files a notice of motion and supporting memorandum of points and authorities; the opposing party files a memorandum of points and authorities opposing the motion; and the moving party has the opportunity to respond to the opposing party's arguments in a reply memorandum;

WHEREAS the parties have found that proceeding under Local Rule 230, rather than Local Rule 251, provides greater clarity and exposition of the issues and arguments implicated by their respective motions;

WHEREAS the parties believe that the Court is better served in its consideration of the parties' respective discovery motions by adopting the format set out in Local Rule 230;

**NOW, THEREFORE**, **THE PARTIES STIPULATE AND AGREE** to notice and prepare all discovery motions pursuant to the provisions set out in Local Rule 230 rather than Local Rule 251.

DATED: June 4, 2018                    SAGY LAW ASSOCIATES


By: _____/S/ Rony Sagy __ _____
                    RONY SAGY


Attorneys for Plaintiffs MORGAN HILL
CONCERNED PARENTS
ASSOCIATION and CONCERNED
PARENTS ASSOCIATION

Dated:        June 4, 2018           XAVIER BECERRA
                    Attorney General of California
                    ISMAEL A. CASTRO
                    Supervising Deputy Attorney General


By: _____/S/ Julia R. Jackson __ _____
                    JULIA R. JACKSON
                    Deputy Attorney General
                    Attorneys for Defendant
                    California Department of Education

SAGY LAW
ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC

**GOOD CAUSE APPEARING THEREFOR, THE COURT HEREBY ORDERS** that, until the Court provides otherwise, the parties are to observe the procedures set out in the Eastern District of California's Local Rule 230 when filing discovery motions in this action.

**IT IS SO ORDERED.**

Date: June 5, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SAGY LAW
ASSOCIATES

PLAINTIFFS' AND DEFENDANT'S STIPULATION AND [PROPOSED] ORDER RE FORMAT OF DISCOVERY MOTION PRACTICE/
MHCPA & CPA v. CDE CASE#2:11-CV-03471-KJM-AC