UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HILL CONCERNED PARENTS ASSOCIATION, an unincorporated association, and CONCERNED PARENTS ASSOCIATION, an unincorporated association,<br>　　　　　　Plaintiffs,<br>　v.<br>CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 through 5,<br>　　　　　　Defendants. | No. 2:11-cv-03471-KJM-AC<br><br>ORDER |

Pursuant to the notice of payment in compliance with ECF No. 373, the court acknowledges that the California Department of Education overpaid the order by $1,050.00 and is entitled to reimbursement. See Receipt Number #CAE200081995 $13300.00 docketed May 12, 2017. The clerk of court is hereby ordered to refund the remaining $1,050.00 to the California Department of Education.

DATED: November 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE